UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 2:17-CR-2 |
| | ) |
| ERNEST BUFORD HAMM, | ) |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

Defendant has filed a *pro se* motion for release from custody [Doc. 52]. The District Court entered an Order of Reference to the undersigned for a Report and Recommendation [Doc. 53]. For the reasons set forth below, the Court recommends that Defendant's motion be **DENIED**.

**I.     Analysis**

Defendant has filed a motion asking for release from custody before his sentencing hearing, scheduled for June 25, 2018. As grounds for his motion, Defendant states that he has a "few stuff" to take care of at home [Doc. 52 at 1]. On January 19, 2017, the Court held a detention hearing and entered an order of detention for Defendant [Doc. 11]. In that order, the Court extensively discussed Defendant's criminal record, noting that Defendant was convicted of eight counts of conspiracy to sell controlled substances in 2007. While on probation for those offenses, Defendant plead guilty to statutory rape and aggravated assault in 2011. And, while on probation for those offenses, Defendant was indicted on federal charges for distributing narcotics, the offense for which he now awaits sentencing.

The Court also noted Defendant's advanced age and potential incarceration period as a combination that created a flight risk that could not be adequately addressed by a third party custodian. In short, the Court found Defendant's "persistence in violating the drug trafficking laws

while on probation demonstrates that he is not a favorable candidate for release."

Defendant's motion does not address these concerns beyond stating that he "will be in court!" Defendant's reason for his request ("I have a few stuff to take care of at home") is not an compelling basis for release. The Court maintains the same concerns as before regarding Defendant's release from custody. Therefore, the Court **RECOMMENDS** that Defendant's motion for release [Doc. 52] be **DENIED**.[1]

                                             Respectfully submitted,

                                             s/Clifton L. Corker
                                             United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be served and filed within five (5) days after service of a copy of this recommended disposition on the objecting party. Fed. R. Crim. P. 59(b)(2). Failure to file objections within the time specified waives the right to review by the District Court. Fed. R. Crim. P. 59(b)(2); *see United States v. Branch*, 537 F.3d 582 (6th. Cir. 2008); *see also Thomas v. Arn*, 474 U.S. 140, 155 (1985) (providing that failure to file objections in compliance with the time period waives the right to appeal the District Court's order). The District Court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive, or general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Federation of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).